UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| GARY CAMBPELL | : | CIVIL ACTION NO: |
| Plaintiff | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| WATERMARK SERVICES IV, LLC | : |  |
| Defendant | : | OCTOBER 6, 2021 |
|  | : |  |

**<u>PETITION FOR REMOVAL</u>**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendant Watermark Services IV, LLC respectfully states:

1.     On or about September 7, 2021, an action was commenced against Defendant in the Superior Court for the Judicial District of Fairfield, in the State of Connecticut, entitled <u>Gary Campbell v. Watermark Services IV, LLC,</u> bearing Docket No. FBT-CV21-6109625-S, with the service of a Summons, Complaint, and Statement of Amount in Demand.  Copies of all process, pleadings and orders served upon Defendant in said action are annexed hereto as Exhibit A.

2.     The above-described action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, diversity jurisdiction.

3.     28 U.S.C. § 1441 authorizes the removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

4.     The Complaint alleges that Plaintiff is a resident of Connecticut.

5.      Defendant Watermark Services IV, LLC is a limited liability company formed under the laws of the State of Delaware, with its principal place of business located in Arizona. Its officers direct, control and coordinate Watermark Services IV, LLC's activities out of Arizona.

6.      No member of Watermark Services IV, LLC is a citizen of Connecticut.

7.      The citizenship of an LLC is determined by the citizenship of each of its members. *See Bayerische Landesbank, New York Branch v. Aladdin Capital Mgmt. LLC*, 692 F.3 42, 49 (2d Cir. 2012); *Handelsman v. Bedford Village Ltd. Partnership, LLC*, 213 F.3d 48, 51-52 (2d Cir. 2000).

8.      Therefore, there is complete diversity of citizenship between Plaintiff and Defendant because Plaintiff is a citizen of the State of Connecticut and no member of Defendant is a citizen of Connecticut.

9.      The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

10.     Defendant received the initial proceedings setting forth the claim for relief upon which this action is based on September 7, 2021, and therefore this Petition for Removal is filed with this Court within thirty (30) days of such receipt, as computed under Fed. R. Civ. P. 6(a).

WHEREFORE, Defendant respectfully requests that the above action, now pending in the Superior Court, State of Connecticut, in the Judicial District of Fairfield, be removed to this Court.

DEFENDANT,
WATERMARK SERVICES IV, LLC


By: */s/ Russell N. Jarem*
    Tanya A. Bovée (ct 24252)
    Tanya.Bovee@jacksonlewis.com
    Russell N. Jarem (ct 27848)
    Russell.Jarem@jacksonlewis.com
    Jackson Lewis P.C.
    90 State House Square, 8th Floor
    Hartford, CT 06103
    P: (860) 522-0404
    F: (860) 247-1330

## **CERTIFICATION OF SERVICE**

I hereby certify that on October 6, 2021, a copy of foregoing was served by first class mail, postage prepaid on Plaintiff's counsel of record:

> James V. Sabatini, Esq.
> Sabatini and Associates
> One Market Square
> Newington, CT 06111
> jsabatini@sabatinilaw.com

*/s/ Russell N. Jarem*